UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. José L. Linares |
| v. | : Crim. No. 05-876(JLL) |
| JOHN J. HAMILTON, JR. | : <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing), and defendant JOHN J. HAMILTON, JR. (Michael A. Baldassare, Esq., appearing), the defendant having waived his appearance, the defendant seeking an Order granting a continuance of the proceedings in the above-captioned matter, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The United States filed Pre-Trial Motions on May 12, 2008, thereby excluding the time within which the re-trial of this matter must be commenced pursuant to the Speedy Trial Act until August 11, 2008 under Section II(6)(a) of Appendix J to the Local Criminal Rules of the U.S. District Court for the District of New Jersey.

2. On May 21, 2008, pursuant to the defendant's request, this Honorable Court ordered an additional extension of time for the defendant to file a response to the Pre-Trial Motions of the United States to on or before August 22, 2008, and for the

United States to file its reply on or before August 26, 2008. This Honorable Court further ordered that the hearing on the motions shall proceed on September 15, 2008, finding that such delays are reasonably necessary to make the motions ready for judicial determination.

3. Additionally, the failure to grant a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4. Pursuant to 18 U.S.C. § 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___6th___ day of ~~May,~~ Jun, 2008, ORDERED that the Trial of this matter shall be continued until September 16, 2008, and that the period of time from August 11, 2008 through September 16, 2008 shall further be excluded for purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(B)(iv), and Section II(6)(a) of Appendix J to the Local Criminal Rules of the U.S. District Court for the District of New Jersey.

HON. JOSE L. LINARES
United States District Judge

2