# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

                             :

UNITED STATES OF AMERICA       :

                             :

       v.                     :       CRIMINAL NO. 05-876 (JLL)

                             :

JOHN J. HAMILTON, JR.       :       **ORDER**

                             :

            Defendant.       :

_____:

**LINARES**, District Judge.

Presently before the Court is the United States of America's ("Government") (1) motion *in limine* regarding admission of 404(b) material [docket No. 109] and (2) motion to preclude reference to Defendant's offer to take a polygraph [docket no. 90] as well as Defendant John J. Hamilton Jr.'s ("Defendant" or "Hamilton") (a) motion to preclude admission of Government Exhibit 79; (b) third motion *in limine* seeking to limit the testimony of Government witness Robert Steffer ("Steffer").  Having reviewed the written submissions of the parties and having heard oral argument,

**IT IS** on this 29th day of September, 2008,

**ORDERED** that the Government's motion to admit 404(b) evidence regarding Defendant's acceptance of catering services by Vinny Baker ("Baker") that were underwritten by Steffer [docket no. 109] is hereby **DENIED**; and it is further

**ORDERED** that, for the reasons set forth in the Court's opinion dated September 29, 2008, the Government's motion to preclude Defendant from referring to Defendant's offer to

take a polygraph [docket no. 90] is hereby **GRANTED IN PART AND DENIED IN PART;** and it is further

      **ORDERED** that Defendant's motion to preclude admission of Government Exhibit 79, which is Tape 445 and comprises the April 24, 2001 conversation between Steffer and Baker, is hereby **DENIED;** and it is further

      **ORDERED** that Defendant's third motion *in limine* to preclude Government witness Robert Steffer from offering lay opinion testimony as against Federal Rule of Evidence 701 [docket no. 98] is hereby **GRANTED** as to certain portions of Steffer's anticipated testimony.

      **IT IS SO ORDERED**.


/s/ Jose L. Linares
United States District Judge

2