UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>JOHN J. HAMILTON, JR.<br><br>                          Defendant. | Criminal No. 05-0876(JLL)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of defendant John J. Hamilton, Jr., by and through his counsel, Gibbons, P.C., Michael A. Baldassare, Esq., appearing, for good cause shown, it is on this 14th day of October, 2008:

**ORDERED** that the defendant's brief in support of his motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 shall be filed on or before November 14, 2008; the government's opposition brief shall be filed on or before 11/24/08; and the defendant's reply brief shall be filed on or before 12/1/08.

**IT IS FURTHER ORDERED** that upon consideration of the briefs, the Court will set a date for oral argument.

                                                              Honorable Jose L. Linares
                                                              United States District Judge