```
                            UNITED STATES DISTRICT COURT
                               DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA   :     **ORDER MODIFYING CONDITIONS**
                                 **OF RELEASE**
      vs.                 :
                                 Case Number: 05-876
JOHN J. HAMILTON, JR.      :

    This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing), for an Order modifying the conditions of release of defendant JOHN J. HAMILTON, JR. to include the posting of his residence; defendant JOHN J. HAMILTON, JR. being present and represented by Michael A. Baldassare, Esq; the Court having heard presentations by both parties on the record in open Court on October 8, 2008; the Court having considered the record in this matter; and for good and sufficient cause shown,

    WHEREFORE, it is on this _17th_ day of October, 2008,

    ORDERED that the release of the defendant, JOHN J. HAMILTON, JR. is subject to the same conditions of bail previously imposed, with the following additional conditions that defendant JOHN J. HAMILTON, JR. shall:

    (1)    execute a bond to forfeit, upon failing to appear as required, the real property known as 1601 Drummond Court, Asbury Park, New Jersey; and

(2) post an indicia of ownership of the above-described property.

_____
HON. JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE

- 2 -