UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN J. HAMILTON, JR.<br><br>                    Defendant. | Criminal No. 05-0876(JLL)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of defendant John J. Hamilton, Jr., by and through his counsel, Gibbons P.C., Michael A. Baldassare, Esq., appearing, for good cause shown, it is on this _12th_ day of _Nov_, 2008:

**ORDERED** that the defendant's brief in support of his motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 shall be filed on or before ~~December 5~~ _November 24th_, 2008; the government's opposition brief shall be filed on or before December ~~15~~ _4th_, 2008; and the defendant's reply brief shall be filed on or before December ~~22~~ _10_, 2008. _NO FURTHER EXTENTIONS WILL BE GRANTED_.

**IT IS FURTHER ORDERED** that upon consideration of the briefs, the Court will set a date for oral argument.

                                                          _/s/ Jose L. Linares_
                                                          Honorable Jose L. Linares,
                                                          United States District Judge