UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 05-876 (JLL) |
| JOHN J. HAMILTON, JR., : | **ORDER** |
| Defendant. : | |

**LINARES**, District Judge.

**IT IS** on this **4th day of December, 2008,**

**ORDERED** that the Government's brief in opposition to Defendant's Motion for a New Trial shall be limited to 45 pages and shall be due on Monday, December 8, 2008; and it is further

**ORDERED THAT** Defendant's reply brief is due on December 15, 2008.

 IT IS SO ORDERED.

/s/ Jose L. Linares
United States District Judge