UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 05-876 (JLL) |
| JOHN J. HAMILTON, JR., | **ORDER** |
| Defendant. | |

**LINARES**, District Judge.

This matter having come before the Court on an application by Defendant John J. Hamilton, Jr. ("Hamilton") to investigate an alleged conflict of interest between his attorney, Michael Baldassare, of Gibbons P.C., One Gateway Center, Newark, NJ 07102, and Asbury Partners (also known as Fishman or Asbury Park Redevelopment); and the Court having heard oral argument from Hamilton; and the Court – in the interests of justice and in an abundance of caution – agreeing that further investigation into this matter is warranted; and the Court having solicited opinions from Michael Baldassare (counsel to Hamilton) and the Government; and for good cause shown;

**IT IS** on this **29th day of January, 2009,**

**ORDERED** that Frank Arleo, Esq., of the firm Arleo, Donohue, Biancamano, located at 622 Eagle Rock Avenue, West Orange, NJ 07052 is appointed as temporary conflict counsel to investigate the alleged conflict of interest presented by Hamilton; and it is further

1

**ORDERED** that Mr. Arleo shall meet with Hamilton, Michael Baldassare, the Government, and any other necessary parties in order to fully investigate the allegation; and it is further

**ORDERED** that Mr. Arleo shall complete his investigation of this matter by February 16, 2009, and be prepared to advise the Court as to his findings.

**IT IS SO ORDERED**.

/s/ Jose L. Linares
United States District Judge