**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA

v.

JOHN J. HAMILTON, JR.,

Defendant.

CRIMINAL NO. 05-876 (JLL)

**ORDER**

This matter having come before the Court on Defendant Hamilton's claim that his lawyer operated under a conflict-of-interest while representing him through trial; and the Court having appointed of Frank Arleo, Esq. to investigate Hamilton's claim; and the Court having reviewed Mr. Arleo's ex parte submission, the Court finds that the interests of justice are best-served by appointment of new counsel to represent Hamilton's interests, including sentencing and the filing of any post-trial motions that new counsel deems appropriate;

**IT IS THEREFORE** on this **24th day of March, 2009,**

**ORDERED** that Michael Baldassare, Esq., of Gibbons P.C., One Gateway Center, Newark, NJ 07102, is hereby relieved of any further duties associated with representation of Defendant Hamilton, effective immediately; and it is further

**ORDERED** that Michael Pedicini, Esq, at 60 Washington Street, Morristown, NJ 07960, is hereby appointed as CJA counsel to represent Defendant Hamilton for all post-trial motions and sentencing purposes; and it is further

**ORDERED** that Mr. Baldasssare shall immediately turn over a copy of all files related to Mr. Hamilton's case to Mr. Pedicini and shall immediately advise Mr. Hamilton of this Order; and it is further

**ORDERED** that this matter is set for an attorneys-only conference for **April 21, 2009, at 11 AM.**

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge