UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :   **ORDER**

    vs.   :

                                    Case Number: 05-876

JOHN J. HAMILTON, JR.   :

    This matter having come before the Court on an Attorney Status Conference, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing), and Michael N. Pedicini, Esq., counsel for defendant JOHN J. HAMILTON, JR., appearing; for good and sufficient cause shown,

    WHEREFORE, it is on this ___16th___ day of May, 2009,

    ORDERED that any supplemental post-trial motions be filed by defendant JOHN J. HAMILTON, JR. on or before June 15, 2009, and that the response of the United States to any such motions shall be filed on or before June 30, 2009.

    IT IS FURTHER ORDERED that upon consideration of the briefs, the Court will determine the necessity of any oral argument.

_____
HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE