UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :     **ORDER**

     vs.           :
                       Crim. Number: 05-876

JOHN J. HAMILTON, JR.   :

This matter having come before the Court on an Attorney Status Conference, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing), and Michael N. Pedicini, Esq., counsel for defendant JOHN J. HAMILTON, JR., appearing; for good and sufficient cause shown,

WHEREFORE, it is on this ___*9th*___ day of June, 2009,

ORDERED that any application for Michael N. Pedicini, Esq. to withdraw as counsel for defendant JOHN J. HAMILTON, JR. be filed on or before June 16, 2009, along with an affidavit of financial condition of defendant HAMILTON, and that the response of the United States to any such application shall be filed on or before June 23, 2009.

IT IS FURTHER ORDERED that hearing on the application shall be scheduled for _*June 29*_____, 2009 at __*1:30*___ ~~am~~/pm.

_____
HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE