UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 05-876 (JLL) |
| JOHN J. HAMILTON, JR., | : **ORDER** |
| Defendant. | : |

This matter having come before the Court on a motion by Michael Pedicini, Esq., to be relieved as counsel to Defendant John J. Hamilton, Jr. ("Hamilton"), and the Court having heard argument against and in favor of Mr. Pedicini's motion; and Hamilton having been given an opportunity to find and submit to this Court the name of new counsel with whom he is satisfied; and the Court having yet to receive any communications from Hamilton regarding new counsel; and the Court finding that the interests of justice are best-served by appointment of new counsel to represent Hamilton's interests; and for good cause shown;

**IT IS** on this **13th day of July, 2009,**

**ORDERED** that the motion of Michael Pedicini, Esq., at 60 Washington Street, Morristown, NJ 07960 (Docket Entry # 153), to be relieved as counsel is **GRANTED**; and it is further

**ORDERED** that Joshua Markowitz, Esq., of Markowitz Gravelle LLP, 3131 Princeton Pike, Lawrenceville, NJ 08648, is hereby appointed as CJA counsel to represent Defendant Hamilton for all post-trial motions and sentencing purposes; and it is further

**ORDERED** that Mr. Pedicini shall immediately turn over a copy of all files related to Mr. Hamilton's case to Mr. Markowitz and shall immediately advise Mr. Hamilton of this Order; and it is further

**ORDERED** that this matter is set for a status conference on **August 3, 2009, at 2:30 p.m.,** to discuss post-trial motions and to set a date for sentencing as necessary.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge