UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :        **ORDER**

        vs.       :
                          Case Number: 05-876

JOHN J. HAMILTON, JR.   :

    This matter having come before the Court on an Attorney
Status Conference, Ralph J. Marra, Jr., Acting United States
Attorney for the District of New Jersey (Mark J. McCarren,
Assistant U.S. Attorney, appearing), and Joshua Markowitz, Esq.,
counsel for defendant JOHN J. HAMILTON, JR., appearing; for good
and sufficient cause shown,

    WHEREFORE, it is on this ___25th___ day of August, 2009,

    ORDERED that any supplemental post-trial motions be filed by
defendant JOHN J. HAMILTON, JR. on or before September 3, 2009.


HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE