UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   **ORDER**

    vs.  :
                           Case Number: 05-876
JOHN J. HAMILTON, JR.  :

    This matter having come before the Court on the request of the United States for time to respond to the Motions of defendant JOHN J. HAMILTON, JR. for a New Trial and to Set Aside Verdict, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing); for good and sufficient cause shown,

    WHEREFORE, it is on this 29th day of September 2009,

    ORDERED that the response of the United States to the Motions for a New Trial and to Set Aside Verdict shall be filed on or before October 13, 2009.

                                             _____
                                             HONORABLE JOSÉ L. LINARES
                                             UNITED STATES DISTRICT JUDGE