UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 05-876 (JLL) |
| JOHN J. HAMILTON, JR., | **ORDER** |
| Defendant. | |

**IT IS ON** on this 5th day of **November, 2009,**

    **ORDERED** that Defendant's request for leave to file a reply brief is GRANTED; and it is further

    **ORDERED** that Defendant shall file said reply on or before November 13, 2009; and it is further

    **ORDERED** that said reply shall not exceed fifteen (15) pages.

    **IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

1