UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 05-876 (JLL) |
| JOHN J. HAMILTON, JR., | : **ORDER** |
| Defendant. | : |

**LINARES**, District Judge.

This matter having come before the Court on Defendant John J. Hamilton, Jr.'s ("Hamilton") motions for a new trial (CM/ECF Nos. 141, 159, & 162) ; the Court having considered the parties submissions, and for good cause shown;

**IT IS** on this **17th day of March, 2010,**

**ORDERED** Defendant's motion for a new trial (CM/ECF No. 141) is **DENIED**; and it is further

**ORDERED** Defendant's motion for a new trial (CM/ECF No. 159) is **DENIED**; and it is further

**ORDERED** Defendant's motion for a new trial (CM?ECF No. 162) is **DENIED**; and it is further

**ORDERED** that Mr. Hamilton shall appear before this Court for sentencing on April 12, 20010 at 10:00 AM.

**IT IS SO ORDERED.**

José L. Linares
United States District Judge

1