UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     **ORDER**

    vs.                          :
                                    Case Number: 05-876
JOHN J. HAMILTON, JR.         :

    This matter having come before the Court on the request of the United States for time to respond to the Motion of defendant JOHN J. HAMILTON, JR. for Stay of Sentence Pending Appeal, Paul J. Fishman, United States Attorney for the District of New Jersey (Joyce M. Malliet and Mark J. McCarren, Assistant U.S. Attorneys, appearing); for good and sufficient cause shown,

    WHEREFORE, it is on this **20th** day of May, 2010,

    ORDERED that the response of the United States to the Motion for Stay of Sentence Pending Appeal shall be filed on or before May 24, 2010.

 

_____
HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE