UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA        :
                                :
    v.                          :   CRIMINAL NO. 05-876 (JLL)
                                :
JOHN J. HAMILTON, JR.,          :   **ORDER**
                                :
        Defendant.              :
_____:

**IT IS ON** this **28th day of July, 2010,**

    **ORDERED** that Defendant's motion for a Stay of Sentence Pending Appeal pursuant to 18 U.S.C. § 3143 (CM/ECF No. 186) is DENIED for the reasons set forth in this Court's corresponding letter opinion.

    **IT IS SO ORDERED**.

                                                            s/ Jose L. Linares
                                                            United States District Judge